**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ALANTINO L. BEAVERS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 1:12-CV-1384-RWS |
| SIGN ME UP, INC., a Georgia corporation d/b/a SIGNS BY TOMORROW and ROSCOE J. COX, | : |
| Defendant. | : |

### ORDER

This case is before the Court for consideration of the Joint Motion for Approval of Settlement Agreement [30]. After reviewing the record, the Court finds that the settlement reached by the parties should be approved as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

It is therefore **ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement [30] be **GRANTED**. The Clerk shall close the case.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  22nd  day of August, 2013.


_____
**RICHARD W. STORY**
United States District Judge